# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

129593

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                  SC: 129593
                                  COA: 262574
EDWARD PEBLO PITTMAN,            Wayne CC: 04-003594-01
       Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 10, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



s1219

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005                                         
                                              Clerk